**Electronically Filed**
**Supreme Court**
**SCWC-15-0000406**
**18-JUN-2018**
**10:39 AM**

SCWC-15-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

FUCHE CORPORATION, INC., dba C&J BBQ & Ramen
Respondent/Plaintiff-Appellant,

vs.

BILL HIN BI LEUNG and NOGUCHI & ASSOCIATES, INC.,
Petitioners/Defendants-Appellees.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000406; CIVIL NO. 11-1-0280)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees Bill Hin Bo Leung and

Noguchi & Associates, Inc.'s, application for writ of certiorari

filed on April 27, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 18, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson